THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ricky Jerome Finley, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2009-UP-550
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.  
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Ricky Jerome
 Finley appeals the revocation of two years of his probationary sentences,
 arguing the circuit court erred in
 revoking his probation for failure to pay fines and fees without making a
 finding the failure was willful.  After thoroughly
 reviewing the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Finley's appeal and grant counsel's motion to be
 relieved. 
APPEAL
 DISMISSED. 
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.